UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENA,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CALIFORNIA ALMOND GROWERS ASSN.,<br><br>    Defendant. | Case No. 1:18-cv-00517-LJO-EPG<br><br>**ORDER STRIKING PLAINTIFF'S FIRST AMEND COMPLAINT**<br><br>(ECF No. 10) |

Jose Urena ("Plaintiff") commenced this putative class action by filing a complaint on April 13, 2018. (ECF No. 2). On May 11, 2018, Defendant Central California Almond Growers Assn. filed an answer. (ECF No. 5). On August 6, 2018— more than twenty-one days after service of Defendant's answer—Plaintiff filed an amended complaint. (ECF No. 10). As Plaintiff is not entitled to amend the complaint as a matter of course, *see* Fed. R. Civ. P. 15(a)(1), he must file a motion or stipulation requesting leave to file an amended complaint, *see* Fed. R. Civ. P. 15(a)(2).

Plaintiff did not obtain leave of the court and has not filed written consent by Defendant to the filing of an amended complaint. *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's first amended complaint, (ECF No. 10), is stricken from the record.

\\\

1

This order does not prevent Plaintiff from filing a motion for leave of the Court to file an amended complaint or written consent by Defendant.

IT IS SO ORDERED.

Dated: **August 7, 2018**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE