**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE URENA, an individual, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>       v.<br><br>CENTRAL CALIFORNIA ALMOND GROWERS ASSN. and DOES 1-10,<br><br>         Defendants. | Case No. 1:18-cv-00517-LJO-EPG<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 12) |

In accordance with the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff shall file his First Amended Class Action Complaint, as attached to the stipulation, (ECF No. 12-1), within five (5) days of this order.

IT IS SO ORDERED.

    Dated:   **August 10, 2018**           /s/ _Erica P. Grosjean_

                                 UNITED STATES MAGISTRATE JUDGE