UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENA,<br><br>                 Plaintiff,<br><br>v.<br><br>CENTRAL CALIFORNIA ALMOND GROWERS ASS'N,<br><br>                 Defendant. | No.: 1:18-cv-00517-LJO-EPG<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>(ECF No. 20) |

The Court, having considered the Parties' Stipulation (ECF No. 20), and finding good cause,

IT IS ORDERED that the status conference currently scheduled for March 28, 2019, is rescheduled for **April 4, 2019, at 9:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

    Dated:   **March 21, 2019**                    /s/ *Erica P. Grosjean*
                                                             UNITED STATES MAGISTRATE JUDGE