1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE URENA, an individual, on behalf of        No.  1:18-cv-00517-NONE-EPG
     himself and others similarly situated,
12
                    Plaintiff,
13                                                   ORDER CONCERNING REVISED NOTICE
            v.                                       AND SETTLEMENT AGREEMENT
14
     CENTRAL CALIFORNIA ALMOND
15   GROWERS ASSN., et al,

16                  Defendants.

17

18          On August 11, 2020, the Court entered an order granting preliminary approval to the

19   parties' settlement agreement in this class action lawsuit, subject to the parties making certain

20   changes. (ECF No. 47). On August 25, 2020, Plaintiff filed a declaration showing certain changes

21   made to the settlement agreement, the procedures to be used to locate class members, and the

22   notice provided to class members. (ECF No. 48). However, the revisions do not comply with all

23   provisions of the Court's August 11, 2020 order. Specifically:

24       1. The Court ordered (i) to include an *email address* to receive opt-outs and objections and

25          (ii) to include all relevant objection requirements. (ECF No. 47 at 4). The revised

26          settlement agreement states that the notice of objection must be *mailed* and that a notice of

27          objection must include the objector's full name, dates of employment and basis for

28          objection. (ECF No. 48-3 at 2). The notice does not indicate that the notice of objection

                                                    1

1    must include the objector's full name, dates of employment, and basis for the objection.

2    (ECF No. 48-1).

3    2. The notice incorrectly identifies the case number. The case number is now 1:18-cv-00517-

4    **NONE-**EPG, not 1:18-cv-00517-**LJO**-EPG.

5    Accordingly, it is HEREBY ORDERED THAT within seven days, the parties shall file a

6    revised settlement agreement and notice that complies with the Court's August 11, 2020 order

7    (ECF No. 47) and correctly identifies the case number.

8
9    IT IS SO ORDERED.

10   Dated:   **September 2, 2020**                  /s/ _Erica P. Grosjean_

11                                                    UNITED STATES MAGISTRATE JUDGE