UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENA, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL CALIFORNIA ALMOND GROWERS ASSN.,<br><br>Defendant. | No. 1:18-cv-00517-NONE-EPG<br><br><u>ORDER SETTING FINAL APPROVAL HEARING</u> |

On September 9, 2020, Plaintiff filed a declaration providing the Court with the changes made to the class action settlement agreement and notice of settlement agreement. (ECF No. 50). In light of that filing and the Court's August 25, 2020 order concerning the proposed class action settlement agreement, (ECF No. 47), IT IS HEREBY ORDERED that the final approval hearing be set for February 5, 2021, at 10:00 a.m. in Courtroom 10 (EPG). In light of the ongoing pandemic, parties, including class members, may appear telephonically. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **September 16, 2020**                         /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE

1