UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENA, an individual, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CALIFORNIA ALMOND GROWERS ASSN.,<br><br>    Defendant. | Case No.: 1:18-cv-0517 JLT EPG<br><br>ORDER DIRECTING THE PARTIES TO FILE A JOINT STATEMENT |

    Previously, the Court reviewed the terms of the settlement reached in this action and issued an order granting final approval of the class settlement. (Doc. 61.) In reviewing the terms, the Court expressed concern about CASA of Fresno and Madera Counties being appointed *cy pres* beneficiaries, and "[a]t the final approval hearing, Plaintiff appeared to concede that CASA does not meet the standards for being [a] *cy pres* recipient in this action…" (Doc. 46 at 19-20, Doc. 60 at 25.) In the motion for final approval, Plaintiffs offered to provide a waterfall of checks 'provided such a distribution makes financial sense considering the administrative fees for the distribution' or to meet and confer with Defendant to select another mutually agreeable non- profit." (Doc. 52 at 30.)

    On September 23, 2021, the Court granted final approval of the settlement. (Doc. 61.) In doing so, the Court ordered: "Within ninety days of the initial payments to class members being made, the parties are ordered to file a joint status report concerning (1) the remaining amount in the net settlement; (2) the feasibility of a waterfall payment structure; and (3) alternate proposed *cy pres*

1

recipients." (Doc. 61 at 3.)  On February 1, 2022, Plaintiff filed a declaration from Nathalie Hernandez, an operations manager for the settlement administrator ILYM Group, reporting "ILYM Group issued and mailed the settlement award checks to the 311 Participating Class Members" on October 22, 2021" (Doc. 66 at 3, Hernandez ¶ 5.)  In addition, Ms. Hernandez indicated that "[t]he value of the un-cashed checks will be sent to CASA of Fresno County." (*Id.*, ¶ 11.)  To the extent the parties intended the declaration from Ms. Hernandez to satisfy the Court's order, it lacks the information the Court ordered.

To date, the parties have not filed a joint status report with the information ordered from the Court.  Further, based upon the information provided by Ms. Hernandez, it appears any anticipated *cy pres* payments are to be made to CASA—or in fact, may have been made at this point—despite the Court's clear indication that CASA was not a proper *cy pres* beneficiary in this action.  Accordingly, the parties are **ORDERED** to file a joint statement **within thirty days** of the date of service of this order, addressing the issues previously ordered, including: (1) what amount, if any, remains amount in the net settlement following payment to the class members; (2) the feasibility of a waterfall payment structure; and (3) alternate proposed *cy pres* recipients.

IT IS SO ORDERED.

Dated:   **August 5, 2022**

_____
UNITED STATES DISTRICT JUDGE