# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENA, an individual, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br>CENTRAL CALIFORNIA ALMOND GROWERS ASSN.,<br><br>　　　　Defendant. | Case No.: 1:18-cv-0517 JLT EPG<br><br>ORDER TO CLASS COUNSEL TO FILE A PROPERLY EXECUTED DECLARATION |

Recently, the Court ordered Class Counsel to show cause why sanctions should not be imposed for failure to comply with its order directing Class Counsel to file a declaration addressing the waterfall payments to the class members. (Doc. 72.) On November 3, 2023, Class Counsel filed a declaration from the Settlement Administrator in response to the order to show cause. (Doc. 73.) However, the declaration was not properly executed. (*See id.* at 4.) Accordingly, the Court **ORDERS**:

　　1.　　Class Counsel **SHALL** file a properly executed declaration within 14 days.

　　2.　　The order to show cause remains in effect at this time.

IT IS SO ORDERED.

　Dated:　**November 7, 2023**　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE