# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENA, an individual, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL CALIFORNIA ALMOND GROWERS ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-0517 JLT EPG<br><br>ORDER CLOSING THE ACTION AND RETAINING JURISDICTION OVER APPLICATIONS ARISING FROM OR IN CONNECTION WITH THE SETTLEMENT |

The Court granted final approval of the settlement in this action and ordered the distribution of all funds. (Docs. 61, 71, 78.) Accordingly, the Court **ORDERS:**

1. The action is dismissed with prejudice, with each side to bear its own costs and attorneys' fees except as otherwise provided by the Settlement and previously ordered by the Court.

2. Based upon the "Order Adopting Findings and Recommendations that Plaintiff's Motion for Final Approval and Motion for Attorneys' Fees be Granted" (Doc. 61), final judgment is appropriate in this action.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and close this case.

///

///

1

4. The Court retains jurisdiction to consider any further applications arising out of or in connection with the Settlement.

IT IS SO ORDERED.

Dated:  **April 25, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE